DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YVONDA LAMEASH GANIOUS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-400

[August 17, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 562020CF000477A.

Carey Haughwout, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***